UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
MAY 21 2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

ANTHONY JEROME MILLS,

*Plaintiff*,

v.

JOHN F. MCCABE, JR., Judge, et al.,

*Defendants*.

Civil Action No. 1:20-cv-01252 (UNA)

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff's Complaint, ECF No. 1, and this case are **DISMISSED** with prejudice.[1]

This is a final appealable Order.

DATE:  May 20, 2020

_____
CARL J. NICHOLS
United States District Judge

---

[1] Plaintiff is advised that this dismissal qualifies as a strike under 28 U.S.C. § 1915(g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.